OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL 10 2015

**7/8/2015**
**SCOTT, JEREMIAH MICHAEL   Tr. Ct. No. 61447-01-E    WR-83,522-01**
The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, multiple grounds are raised on a single page.

Abel Acosta, Clerk

JEREMIAH MICHAEL SCOTT
DAVIS CORRECTIONAL FACILITY

N3B 74848